

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-24-2009

# USA v. Gunter

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1291

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Gunter" (2009). *2009 Decisions.* Paper 1147.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1147

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 07-1291

———

UNITED STATES OF AMERICA,
v.
JOHNNY GUNTER,
*Appellant*

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 04-cr-00295-01)
District Judge: Honorable James T. Giles

———

Opinion and Judgment Entered June 9, 2008
Petition for Writ of Certiorari Granted April 27, 2009
Submitted on Remand from the Supreme Court
of the United States June 16, 2009

Before: FISHER, JORDAN, and VAN ANTWERPEN, *Circuit Judges*.

———

JUDGMENT ORDER

———

Appellant's conviction is AFFIRMED. The judgment of sentence entered by the

District Court is VACATED and this case is REMANDED to the District Court for

sentencing in light of *Spears v. United States*, 129 S. Ct. 840, 555 U.S. ---- (2009).

By the Court:
/s/ Franklin S. Van Antwerpen
Circuit Judge

DATED: June 24, 2009

cc:  David L. McColgin, Esq.
      Francis C. Barbieri Jr., Esq.